James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-270 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SUMMER ANN RIEDERS, | |
| Defendant(s). | |

Presently before the court is defendant Summer Ann Rieders' motion for early termination of probation. (ECF No. 4). The government has submitted no opposition to this motion and the time for filing responses has since passed.

On April 15, 2015, defendant was sentenced in the District of Arizona to 15 months in custody followed by three years of supervised release for committing the offense of importation of methamphetamine. (ECF No. 2). Defendant commenced supervised release on May 26, 2016 in the District of Nevada. *Id.* On September 9, 2016, this court accepted transfer of jurisdiction. (ECF No. 3).

In the instant motion, defendant requests that the court terminate the remainder of her supervised release sentence because: (1) she relocated to Las Vegas after release to live with her parents and has "completely changed [her] life style"; (2) she has consistently checked in with her probation officer; (3) she has never failed a drug test; (4) she has maintained employment and has been promoted to a managerial position; and (5) she graduated from Northwest Career College with honors as a massage therapist. (ECF No. 4).

Pursuant to 18 U.S.C. § 3583(e), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate supervised release after one year "if it is satisfied that such action is

warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Those factors include, *inter alia*, "the nature and circumstances of the offense and the history and characteristics of the defendant" and "the kinds of sentence and the sentencing range established for the applicable category of offense committed by the applicable category of defendant." 18 U.S.C. §§ 3553(a)(1), (4).

Here, defendant's motion, while brief, provides the court with sufficient information to conduct a proper assessment under 18 U.S.C. § 3583(e). Defendant indicates how she generates an income, that she has found an adequate living situation, that her parents provide personal support, and that she has been consistently compliant with the terms of her supervision. Most importantly, she has not failed a drug test.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for early termination of probation (ECF No. 4) be, and the same hereby is, GRANTED.

DATED May 30, 2018.

_____
UNITED STATES DISTRICT JUDGE